UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA LEIGH CAVINESS,

     Plaintiff,

V.

CAROLYN W. COLVIN
Acting Commissioner of
Social Security,

     Defendant.

Civil No. 13-15288

Judge Robert H. Cleland

Magistrate Judge Charles E. Binder

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four per

Parties' Agreed Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that

order.

s/Robert H. Cleland
ROBERT H. CLELAND
United States District Judge

Dated: September 30, 2014